# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | LaSalle Network | 11/30/2022 | Wire | $ 18,856.86 |
| Akorn Operating Company, LLC | LaSalle Network | 12/23/2022 | Wire | $ 33,488.93 |
| Akorn Operating Company, LLC | LaSalle Network | 1/6/2023 | Wire | $ 10,222.74 |
| Akorn Operating Company, LLC | LaSalle Network | 1/13/2023 | Wire | $ 9,630.05 |
| Akorn Operating Company, LLC | LaSalle Network | 1/27/2023 | Wire | $ 10,143.83 |
| Akorn Operating Company, LLC | LaSalle Network | 2/8/2023 | Wire | $ 11,259.52 |
|  |  |  |  | $ 93,601.93 |