IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>LASALLE NETWORK,<br><br>Defendant. | Adv. Pro. No. 25-50156 (KBO)<br><br>Re: Adv D.I. 13 |

**CERTIFICATION OF NO OBJECTION TO PLAINTIFF'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7055**

The undersigned, counsel to George L. Miller, as chapter 7 trustee ("Plaintiff") for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC and Akorn Operating Company LLC (collectively, the "Debtors"), hereby certifies as follows:

1. On December 30, 2025, the Plaintiff's Motion for Entry of Default Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7055 [Adv. D.I. 13] (the "Motion") was filed with the Court and served upon the above-captioned Defendant.

2. Responses to the Motion were required to have been filed with the Court and served on the undersigned so as to be received on or before January 13, 2026 (the "Objection Deadline"), i.e. two weeks after the Motion was filed. No responses were received by the Objection Deadline.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

3.  Notwithstanding the non-response as of the Objection Deadline, on February 10, 2026, Plaintiff served the Motion on an additional address of Defendant. *See* Adv. D.I. 14. Two more weeks have elapsed since this supplemental service, and still no responses have been received.

4.  Accordingly, Plaintiff requests that the Motion be granted.

WHEREFORE, the undersigned counsel respectfully requests that judgment by default, substantially in the form attached to the Motion and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: March 12, 2026<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>*Counsel to Plaintiff George L. Miller, as Chapter 7 Trustee* |