## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>LASALLE NETWORK,<br><br>Defendant. | Adv. Pro. No. 25-50156 (KBO)<br><br><u>Related Adv D.I.</u>: 16 |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that, on March 16, 2026, I caused a copy of the *Judgment by Default* to be served on the Defendant as set forth below.

**Via First-Class United States and Certified Mail**:

LaSalle Network
c/o Cogency Global Inc
600 South 2nd St.,
Suite 404
Springfield, IL 62704

LaSalle Network, d/b/a LaSalle Staffing
c/o Officer, Director or Member
200 North LaSalle Street
Suite 2500
Chicago, IL 60601

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

57504577.1
393059-00001